UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIPE MARTINEZ, individually and on behalf of all others similarly situated,

        Plaintiff,

   v.

STACY PLASTERING, INC., STEVEN J. STACY, and DOES 1 through 100,

        Defendants.
_____/

NO. CIV. S-08-1419 LKK/DAD

O R D E R

    A status conference was held in chambers on September 15, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for December 15, 2008 at 10:30 a.m. The parties are reminded that status reports must be filed ten (10) days preceding the status conference.

    IT IS SO ORDERED.

    DATED: September 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1