UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIPE MARTINEZ, individually
and on behalf of all others
similarly situated,

        Plaintiff,

   v.

STACY PLASTERING, INC.,
STEVEN J. STACY, and DOES 1
through 100,

        Defendants.

/

NO. CIV. S-08-1419 LKK/DAD

O R D E R

    The court is in receipt of both parties' status reports, filed for the status conference currently set for February 17, 2009 at 2:00 p.m.  Both parties have requested that the conference be continued to allow them to attempt to resolve the dispute through mediation.

    Good cause appearing, the status conference is CONTINUED to April 20, 2009 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: February 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26