UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIPE MARTINEZ, individually
and on behalf of all others
similarly situated,

        Plaintiff,

    v.

STACY PLASTERING, INC.,
STEVEN J. STACY, and DOES 1
through 100,

        Defendants.
_____/

NO. CIV. S-08-1419 LKK/DAD

O R D E R

    The court is in receipt of the parties' stipulation to continue the status conference currently scheduled for April 27, 2009 at 3:00 p.m., pending further settlement negotiations. The parties have demonstrated good cause for such a continuance.

    Although the parties have requested a 90 day continuance, the court is unavailable at the requested time. The status conference is therefore CONTINUED to the next available time, August 24, 2009 at 3:00 p.m.

////

1

IT IS SO ORDERED.

DATED: April 24, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT