MARY E. FARRELL, SBN 172050
ERICK TURNER, SBN 236186
FARRELL LAW GROUP
770 "L" Street
Suite 950
Sacramento, California  95814
Telephone:   (916) 449-3933
Facsimile:    (916) 449-3943
Email:          mary@farrelllawgroup.com
Email:          Erick@farrelllawgroup.com

Attorneys for Defendants
STACY PLASTERING, INC. and STEVEN J. STACY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MARTINEZ, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>STACY PLASTERING, INC., STEVEN J. STACY, and DOES 1 through 100,<br><br>Defendants. | Case No.  2:08-CV-01419-LKK-DAD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>"UNLIMITED JURISDICTION"<br><br>Date:      August 24, 2009<br>Time:     3:00 p.m.<br>Dept:      4<br><br>Trial Date:  Not Yet Assigned<br><br>REMOVAL FILED:       June 20, 2008 |

WHEREAS, Plaintiff FELIPE MARTINEZ, individually and on behalf of all others similarly-situation, and Defendants STACY PLASTERING, INC. and STEVEN J. STACY, (hereinafter collectively referred to as the "Parties") request that the Court allow for a 90-day continuance of the Status Conference currently set for August 24, 2009 and set a new status conference on November 23, 2009;

WHEREAS, the parties have reached a settlement in this matter, the specific terms of which are currently being negotiated by the parties;

WHEREAS, this action is not currently scheduled for trial;

- 1 -

STIPULATION TO CONTINUE STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the Parties believe that a continuance of the Status Conference is necessary
2  so that the Parties can finalize the settlement of this case;

3  WHEREAS, the Parties further believe that an additional 90-days time to settle this matter
4  will enable the Parties to reach a final resolution of this matter and obviate the need for any trial;
5  and

6  WHEREFORE, the Parties, through their counsel of record, hereby stipulate to continue
7  the Status Conference to Monday, November 23, 2009 (or the next available date), including all
8  dates related to the pretrial conference and trial date, including, without limitation, discovery cut-
9  offs and expert witness disclosure and discovery.

Dated: August 12, 2009                FARRELL LAW GROUP


By: */s/ Erick C. Turner*
    MARY E. FARRELL
    ERICK C. TURNER
    Attorneys for Defendants
    STACY PLASTERING, INC. and STEVEN J. STACY


Dated: August 12, 2009                LAW OFFICE OF JERRY BUDIN


By: */s/ Jerry Budin*
    JERRY BUDIN
    Attorney for Plaintiff
    FELIPE MARTINEZ, et al.

- 2 -

STIPULATION TO CONTINUE STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

For good cause shown as set forth in the foregoing Stipulation to Continue Status Conference,

IT IS HEREBY ORDERED that the Status Conference date in the above-entitled action is vacated and continued for 90-days from August 24, 2009 to November 23, 2009 at 3:30 p.m.

Dated: August 14, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

STIPULATION TO CONTINUE STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com