1  Jerry Budin, State Bar #88539
   LAW OFFICE OF JERRY BUDIN
2  2401 E. Orangeburg Ave., Ste. 675-309
3  Modesto, California 95355
   Telephone: (209) 544-3030
4  Facsimile: (209) 544-3144

5
   Attorneys for Plaintiff,
6  FELIPE MARTINEZ, et al.

7  Mary Farrell, State Bar #172050
   Erick Turner, State Bar #236186
8  Farrell Law Group
9  770 L St., Suite 950
   Sacramento, CA  95814
10 Telephone: (916) 449-3933
11 Facsimile: (916) 449-3943

12 Attorneys for Defendants,
   STACY PLASTERING, INC. and
13 STEVEN J. STACY

14                     UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16                          (Sacramento Division)

17

18

19 FELIPE MARTINEZ, et al.,              )   Case No.:  2:08-CV-01419 LKK DAD
                                         )
20                                       )
                                         )
21              Plaintiffs,              )   **JOINT  STIPULATION FOR ORDERS TO**
                                         )   **AMEND COMPLAINT AND REMAND**
22 vs.                                   )   **ACTION TO STATE COURT; ORDER**
                                         )
23 STACY PLASTERING, INC., et al.,       )
                                         )
24                                       )
              Defendants.                )
25 _____)

26

27

28

                                        1

PDF created with pdfFactory trial version www.pdffactory.com

## JOINT STIPULATION

IT IS HEREBY STIPULATIED by and between the parties, through their respective attorneys, that the court should enter the following orders in this matter:

1. Pursuant to Federal Rules of Civil Procedure, Rule 15, the complaint in this matter is amended to dismiss all of the federal law claims including those contained in the First Cause of Action.   [See FRCP 15: "....leave shall be freely given when justice so requires".][DCD Programs, Ltd., v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987): "Lower federal courts heed carefully the command ...by freely granting leave to amend..."]

2. Pursuant to 28 U.S.C. Sec. 1367(c), the Court declines to exercise supplemental jurisdiction over the remaining state law claims in the complaint and this matter is remanded to Superior Court of California, County of San Joaquin, for further proceedings. [See Carnegie-Mellon University v. Cohill, 484 U.S. 343, 108 S. Ct. 614 (1988): U.S. Supreme Court approved of plaintiff's dismissal of federal law claims after removal so that matter could be remanded to state court.][Acri v. Varian Assoc., 114 F.3d 999, 1001 (9th Cir. 1997): "...in the usual case in which all federal-law claims are eliminated before trial, the balance of factors...will point toward declining to exercise jurisdiction over the remaining state-law claims."]

The purpose of this stipulation is that the parties believe that it will be more efficient and economical to administer and conclude the settlement in state court.

In accordance with the above-referenced stipulation, the parties submit herewith a proposed order.

DATE: November 12, 2009          LAW OFFICE OF JERRY BUDIN

                                 /s/ Jerry Budin

                                 JERRY BUDIN
                                 Attorney for Plaintiff,
                                 FELIPE MARTINEZ, et al.

///

///

///

JOINT STIPULATION FOR ORDERS TO AMEND COMPLAINT AND   Case No.:  2:08-CV-01419 LKK DAD
REMAND ACTION TO STATE COURT; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   DATE:  November 12, 2009

2                                          FARRELL LAW GROUP

3

4                                          /s/ Erick Turner
                                           Erick Turner
5                                          Mary Farrell
                                           Attorneys for Defendants,
6                                            STACY PLASTERING, INC., STEVEN J. STACY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           3

JOINT STIPULATION FOR ORDERS TO AMEND COMPLAINT AND    Case No.:  2:08-CV-01419 LKK DAD
REMAND ACTION TO STATE COURT; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having reviewed and considered the above stipulation, and finding good cause therefrom,

IT IS HEREBY ORDERED as follows:

1. Pursuant to Federal Rules of Civil Procedure, Rule 15, the complaint in this matter is amended to dismiss all of the federal law claims including those contained in the First Cause of Action;

2. Pursuant to 28 U.S.C. Sec. 1367(c), the Court declines to exercise supplemental jurisdiction over the remaining state law claims in the complaint and this matter is remanded to Superior Court of California, County of San Joaquin, for further proceedings;

3. The Status conference on November 23, 2009 is vacated;

4. The clerk of this Court is directed to take all steps necessary to effectuate the remand of this case as ordered above;

5. This case is closed.

**IT IS SO ORDERED.**

Dated: November 17, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4

JOINT STIPULATION FOR ORDERS TO AMEND COMPLAINT AND   Case No.: 2:08-CV-01419 LKK DAD
REMAND ACTION TO STATE COURT; [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com